IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINCENT DIXON,<br>Reg. No. 65635-019,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WALTER WOODS, *et al.*,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACT. NO. 2:18-cv-241-ECM<br>)<br>)<br>)<br>) |

**OPINION and ORDER**

On January 8, 2021, the Magistrate Judge entered a Recommendation (doc. 37) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failures to comply with the orders of the Court and to prosecute this action.

A separate Final Judgment will be entered.

Done this 19th day of February, 2021.

　　　　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE